## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**

      **Plaintiff,**                          Cause No. 2-25-mj-00867-gjf-1

v.

**NANCY ANN CANO,**

      **Defendant.**

### ENTRY OF APPEARANCE

**COMES NOW** William L. Lutz and David P. Lutz of Martin & Lutz P.C.

And hereby enters their appearance on behalf of the defendant in the above cause.

                                      MARTIN & LUTZ, P.C.

                                      By: _____
                                             William L. Lutz
                                             *Attorney for Defendant*
                                             P. O. Drawer 1837
                                             Las Cruces, NM 88004
                                             (575) 526-2449
                                             wlutz@qwestoffice.net

### CERTIFICATE OF SERVICE

I hereby certify that on this 25-day of April 2025, a copy of Entry of Appearance will be hand delivered to the U.S. Attorney's Office

                                             _____
                                             Willaim L. Lutz