# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **25-867 MJ** | Date: | **4/25/2025** | Recording Information: | **LCR SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **C. ALVAREZ** | Type of Hearing: | | | **INITIAL APPEARANCE** |

| Defendant(s): | Attorney(s): | | Appt'd. | Ret'd. |
|---|---|---|---|---|
| **NANCY ANN CANO** | **JANE GREEK** <br> **WILLIAM LUTZ/DAVID LUTZ** | | x | x |
| Assistant U.S. Attorney: | **MARIA ARMIJO; RANDY CASTELLANO** | Interpreter: | **N/A** | |
| Pretrial Officer: | **RUBI SEDILLO** | Court in Session: | **10:37-10:56 A.M. (10 mins)** | |

| | |
|---|---|
| ☒ | Court questions Defendant(s) regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Set for Preliminary/Detention on 4/29/2025 at 9:00 A.M. - Sierra Blanca Courtroom |

| | |
|---|---|
| ☒ | Defendant in custody |

| | |
|---|---|
| ☒ | Other: JANE GREEK IS PRESENT FOR BOTH DEFENDANTS, ADVISING THAT SHE WAS CALLED BY THE FPD OFFICE EARLIER TODAY AND APPOINTED IN THIS CASE. COURT STATES THAT IT IS PROCEDURALLY IMPROPER TO HAVE COURT APPOINTED CJA REPRESENTATION FOR THE INITIAL APPEARANCE. NORMALLY, FPD STANDS IN FOR THE LIMITED PURPOSE OF INITIAL APPEARANCE. FIRST TIME IN 9 YEARS THAT A CJA APPOINTMENT HAS BEEN MADE FOR INITIAL APPEARANCE, WHICH MAKES DOING SO VERY IRREGULAR. WILLIAM AND DAVID LUTZ ENTERED THEIR APPEARANCES FOR THE DEFENDANTS. WILLIAM LUTZ ADVISED THAT HE WILL ARRANGE FOR ONE OF THE DEFENDANTS TO HAVE SEPARATE COUNSEL. DAVID LUTZ READS COMPLAINT TO DEFENDANT NANCY CANO. JANE GREEK ADVISES THAT SHE READ THE COMPLAINT TO DEFENDANT JOEL CANO. JANE GREEK STATES THAT SHE SPOKE TO AUSA ARMIJO AND WOULD LIKE A DETENTION HEARING AS SOON AS POSSIBLE, INCLUDING AS EARLY AS THIS AFTERNOON. **COURT'S RULING:** COURT WILL BENEFIT FROM A PRETRIAL REPORT AND WILL SET THE PRELIMINARY/DETENTION HEARINGS ON TUESDAY, 4/29/2025 AT 9:00 A.M. COURT DETAINS DEFENDANTS TEMPORARILY. DEFENDANTS TO BE INTERVIEWED BY PRETRIAL SERVICES. |